IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRELL EDELMAN**<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**MARK TRUDEAU,** *et al.*<br><br>　　　　　　　　Defendants. | **5:23-cv-01395**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

### STIPULATED DISMISSAL
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

**WHEREAS,** this action was removed to this Court on April 12, 2023.

**WHEREAS**, on or about June 7, 2023, the Plaintiff and all of the Defendants executed a Settlement Agreement, wherein, for consideration, Plaintiff Darrel Edelman agreed to discontinue this action.

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that Plaintiff Darrel Edelman's causes of action in the above-captioned matter against Defendants Mark Trudeau, Stephen Welch, David Norton, Bryan Reasons and Joann Reed are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER STIPULATED, AGREED AND ORDERED** that each party shall bear its own costs incurred in this litigation.

*(signatures on the following page)*

Dated: June 26, 2023

Respectfully submitted,

| | |
|---|---|
| _(signature)_ | _(signature)_ |
| Donald E. Haviland, Jr., Esquire | Lee C. Durivage (PA ID No. 205928) |
| (PA ID No. 66616) | Paul F. Laughlin |
| William H. Platt II, Esquire | **MARSHALL DENNEHEY WARNER** |
| (PA ID No. 83585) | **COLEMAN & GOGGIN** |
| **HAVILAND HUGHES** | |
| 124 South Maple Avenue, Suite 220 | 2000 Market Street, Suite 2300 |
| Ambler, PA 19002 | Philadelphia, PA 19103 |
| T: 215-609-4661 | P: (215) 575-2584/F: (215) 575-0856 |
| | lcdurivage@mdwcg.com |
| | pflaughlin@mdwcg.com |
| *Counsel for Plaintiff, Darrel Edelman* | |
| | Christopher Harris |
| | Justin S. Kirschner |
| | **LATHAM & WATKINS, LLP** |
| | 1271 Avenue of the Americas |
| | New York, NY 10020 (212) 906-4593 |
| | christopher.harris@lw.com |
| | justin.kirschner@law.com |
| | *Counsel for Defendants* |

IT IS SO ORDERED on this 27th day of June 2023:

/s/ Jeffrey L. Schmehl
THE HONORABLE JEFFREY L. SCHMEHL